**THE REYNA LAW FIRM, P.C.**
Ron Reyna, Esq.
2730 E. Broadway Blvd., Ste. 130
Tucson, Arizona 85716
(520) 784-7200/fax (520) 784-7201
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No.: 24-mj-03710-N/A-JR |
| Plaintiff, | |
| vs. | Motion to Vacate Status Conference |
| Kaily Beltran-Beltran, | |
| Defendant. | |

The Defendant, KAILY BELTRAN-BELTRAN, by and through undersigned counsel hereby requests that this Honorable Court vacate the status conference presently scheduled for August 12, 2024 at 2:30 PM.  The Defendant has signed a separate Stipulation and Joint Motion for the Rlease of Material Witnesses.  The Defendant has further elected to accept a plea agreement extended by the Government and will schedule the matter for change of plea by August 16, 2024.  Assistant U.S. Attorney, Kelly Cavanaugh, has indicated that she has no opposition to this motion to vacate status conference, nor any order based thereon.  This motion is made in good faith, is indispensable to the interest of justice, and is not solely for the purpose of delay.

RESPECTFULLY submitted this 9th day of August 2024.

/s/Ron Reyna
Ron Reyna
Attorney for Defendant

Copy of the foregoing to:

Kelly Cavanaugh
Assistant United States Attorney

~ 1 ~